**IT IS ORDERED as set forth below:**

**Date: February 7, 2019**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | ) | **CASE NUMBER** |
| | ) | |
| DERRICK MILLIN, | ) | 18-69327-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MAIN STREET RENEWAL, LLC AAF | ) | |
| BTRA V, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK MILLIN, | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 OF THE |
| Respondent. | ) | BANKRUPTCY CODE |

## ORDER

Before the Court is Main Street Renewal, LLC aaf BTRA V, LLC's ("Movant") Motion for Relief from the Automatic Stay (the "Motion"). (Doc. 21). Movant's counsel

and Debtor, appearing pro se, were present at the hearing.

During the hearing, Debtor argued that he has made numerous varying attempts to tender payment, which Movant ultimately refused to accept. The Court directed Movant's counsel to draft an order on this matter providing for direct payment of two months' rent, totaling $2090.00. The proposed order does not accurately reflect what was stated on the record. For example, the proposed order directed debtor to "pay a total of $3,135.00." The Court assumes these errors were unintentional, as counsel appeared distracted by hearings in other matters. Therefore, for the reasons stated on the record, it is hereby

ORDERED that the hearing on the Motion is continued to be heard with the hearing on confirmation of the plan, on **February 19, 2019, at 9:30 AM** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

IT IS FURTHER ORDERED THAT Respondent shall tender two rental payments, totaling $2090.00, on or before February 18, 2019. These payments shall be delivered, in the form of a money order or certified check payable to the order of Movant or Movant's counsel, to Movant's counsel: Elizabeth M. Cruikshank, Esq. of Cruikshank Ersin LLC, 6065 Roswell Road, Suite 680, Atlanta, Georgia 30328.

**END OF DOCUMENT**

## DISTRIBUTION LIST

Derrick Millin
8141 Mountain Pass
Riverdale, GA 30274

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Elizabeth M. Cruikshank, Esq.
Cruikshank Ersin LLC
Suite 680
6065 Roswell Road
Atlanta, Georgia 30328